IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANA CAMPUZANO, *et al.*,<br><br>   *Plaintiffs*,<br><br>       v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>   *Defendants*. | No. 1:24-cv-01652-LLA |
| MICHAEL GROVER COE, *et al.*,<br><br>   *Plaintiffs*,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>   *Defendants*. | No. 1:24-cv-02714-LLA |

**JOINT STATUS REPORT**

Pursuant to the Court's June 10, 2025 Minute Order, the parties respectfully submit the below information concerning the payment of funds referenced in Defendants' Partial Motion to Dismiss and Cross-Motion for Summary Judgment, ECF No. 29-1.

**Defendants' Position:**

As outlined below, Binance has completed all payments due as a result of its resolutions with the Department of Justice, the Department of the Treasury's Financial Crimes Enforcement Network (FinCEN) and Office of Foreign Assets Control (OFAC), and the Commodity Futures Trading Commission (CFTC). As outlined in the plea agreement filed in the Western District of Washington, *United States v. Binance Holdings ("Binance Holdings")*, No. 2:23-cr-00178 (W.D. Wash.), and the Consent Order against Samuel Lim (ECF No. 79), and the Amended Consent Order against

Binance and Changpeng Zhao (ECF No. 83) in *Commodity Futures Trading Commission v. Zhao et al.*, No. 1:23-cv-01887 (N.D. Ill.), these payments total $4.3 billion and were made as follows.

**Payments Collected by OFAC**

| Payment Obligation | Payment Amount | Date Collected | Deposit Location |
|---|---|---|---|
| OFAC Settlement Agreement | $150.00 | 04/23/25 | Treasury Clearing Fund |
| OFAC Settlement Agreement | $69,999,850.00 | 05/23/25 | Treasury Clearing Fund |

No payments owing to OFAC in connection with Binance remain outstanding.

**Payments Collected by FinCEN**

| Payment Obligation | Payment Amount | Date Collected | Deposit Location |
|---|---|---|---|
| Civil Monetary Penalty No. 2023-04 | $10,000.00 | 06/25/24 | Financial Integrity Fund |
| Civil Monetary Penalty No. 2023-04 | $20,000.00 | 06/26/24 | Financial Integrity Fund |
| Civil Monetary Penalty No. 2023-04 | $106,526,188.00 | 06/26/24 | Financial Integrity Fund |
| Civil Monetary Penalty No. 2023-04 | $100.00 | 04/24/25 | Treasury 1040GR Fund |
| Civil Monetary Penalty No. 2023-04 | $673,443,812.00 | 05/28/25 | Treasury 1040GR Fund |

No payments owing to FinCEN in connection to Binance remain outstanding.

**Payments Collected by CFTC**

| Payment Obligation | Payment Amount | Date Collected | Deposit Location |
|---|---|---|---|
| *CFTC v. Binance*, No. 1:23-cv-1887 (N.D. Ill.) – Changpeng Zhao | $8,000.00 | 12/28/23 | CFX6729000 Fund |
| *CFTC v. Binance*, No. 1:23-cv-1887 (N.D. Ill.) – Changpeng Zhao | $69.00 | 01/02/24 | CFX6729000 Fund |
| *CFTC v. Binance*, No. 1:23-cv-1887 (N.D. Ill.) – Changpeng Zhao | $5,000.00 | 01/02/24 | CFX6729000 Fund |
| *CFTC v. Binance*, No. 1:23-cv-1887 (N.D. Ill.) - Changpeng Zhao | $5,000.00 | 01/02/24 | CFX6729000 Fund |

| | | | |
|---|---|---|---|
| *CFTC v. Binance*, No. 1:23-cv-1887 (N.D. Ill.) - Changpeng Zhao | $200.00 | 01/03/24 | CFX6729000 Fund |
| *CFTC v. Binance*, No. 1:23-cv-1887 (N.D. Ill.) - Changpeng Zhao | $24,981,931.00 | 01/04/24 | CFX6729000 Fund |
| *CFTC v. Binance*, No. 1:23-cv-1887 (N.D. Ill.) - Changpeng Zhao | $1,000.00 | 01/05/24 | CFX6729000 Fund |
| *CFTC v. Binance*, No. 1:23-cv-1887 (N.D. Ill.) - Changpeng Zhao | $9,999,000.00 | 01/08/24 | CFX6729000 Fund |
| *CFTC v. Binance*, No. 1:23-cv-1887 (N.D. Ill.) - Changpeng Zhao | $14,999,800.00 | 01/09/24 | CFX6729000 Fund |
| *CFTC v. Binance*, No. 1:23-cv-1887 (N.D. Ill.) - Changpeng Zhao | $50,000,000.00 | 03/04/24 | CFX6729000 Fund |
| *CFTC v. Binance*, No. 1:23-cv-1887 (N.D. Ill.) - Changpeng Zhao | $50,000,000.00 | 06/03/24 | CFX6729000 Fund |
| *CFTC v. Binance*, No. 1:23-cv-1887 (N.D. Ill.) – Samuel Lim | $1,500,000.00 | 01/09/24 | CFX6729000 Fund |
| *CFTC v. Binance*, No. 1:23-cv-1887 (N.D. Ill.) – Binance Holdings | $200.00 | 04/23/25 | CF01099140 Fund |
| *CFTC v. Binance*, No. 1:23-cv-1887 (N.D. Ill.) – Binance Holdings | $849,999,800.00 | 05/23/25 | CF01099140 Fund |

No payments owing to CFTC in connection with Binance remain outstanding.

## Payments Collected by the Department of Justice

| Payment Obligation | Payment Amount | Date Collected | Deposit Location |
|---|---|---|---|
| *Binance Holdings* | $898,618,825.00 | 03/21/24 | U.S. Victims of State Sponsored Terrorism Fund |

| *Binance Holdings* | $1200.00 | 04/2024 | U.S. Victims of State Sponsored Terrorism Fund ($400)<br><br>United States District Court for the WDWA ($400)<br><br>United States District Court for the WDWA ($400) |
|---|---|---|---|
| *Binance Holdings* | $1,505,475,575.00 | 07/08/24-07/16/24 | Crime Victims Fund |
| *Binance Holdings* | $112,031,763.00 | 05/14/25 05/23/25 | United States District Court for the WDWA (to be transferred to Treasury Forfeiture Fund) |

No Payments owing to DOJ in connection with Binance remain outstanding. However, on May 14 and 23, 2025, Binance paid a total of $112, 031,763.00 to the United States District Court for the Western District of Washington in satisfaction of the criminal money judgment imposed for the forfeiture related to Binance's violation of 18 U.S.C. § 1960. Those funds currently remain in the custody of the United States District Court for the Western District of Washington, pending transfer to the Treasury Forfeiture Fund. *See Binance Holdings*, ECF No. 39.

With payments complete, the Department of Justice is assessing whether, and in what amounts, any of the Binance payments qualify for deposit into the Victims of State Sponsored Terrorism Fund. 34 U.S.C. § 20144(e)(2)(A).

**Plaintiffs' Position:**

Plaintiffs join this Status Report but have no independent knowledge of the substantive information contained herein, which is provided exclusively by Defendants. For the reasons set forth in their briefs, it is Plaintiffs' position that the government's obligation to deposit all amounts in the Victims of State Sponsored Terrorism Fund is nondiscretionary. Plaintiffs respectfully request a status conference to be scheduled at the Court's earliest convenience to discuss further procedures.

Dated: June 17, 2025                    Respectfully Submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        ANDREW I. WARDEN
                                        Assistant Branch Director

                                        /s/ Keri L. Berman
                                        KERI L. BERMAN
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, NW
                                        Washington, DC 20005
                                        Tel: (202) 305-7538
                                        Facsimile:   (202) 616-8460
                                        Email: keri.l.berman@usdoj.gov

                                        *Counsel for Defendants*


                                        /s/ Daniel W. Wolff
                                        Daniel W. Wolff (DC Bar No. 486733)
                                        DWolff@crowell.com
                                        CROWELL & MORING LLP
                                        1001 Pennsylvania Avenue NW
                                        Washington, DC 20004
                                        (202) 624-2500 (phone)
                                        (202) 628-5116 (fax)

                                        *Attorney for the Coe Plaintiffs*


                                        /s/Robert J. Tolchin
                                        Robert J. Tolchin
                                        BERKMAN LAW OFFICE, LLC
                                        829 E. 15th Street, Box 7
                                        Brooklyn, New York 11230
                                        (718) 855-3627
                                        rtolchin@berkmanlaw.com

                                        *Attorney for Campuzano Plaintiffs*